[No. 11210–4–I.   Division One.   August 6, 1984.]

JOHN F. POSKA, *Respondent*, v. CAROLE JOY
FIDDLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80–2–14298–4, W. R. Cole, J., entered December 11, 1981. *Affirmed in part* and *reversed in part* by unpublished opinion per Ringold, J., concurred in by Swanson and Scholfield, JJ.

[No. 5633–3–III.   Division Three.   August 7, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD
W. READ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. C–2036, Carl L. Loy, J., entered March 7, 1983. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and McInturff, J.

[No. 6555–0–II.   Division Two.   August 10, 1984.]

RICHARD L. HENRY, ET AL, *Respondents*, v. EARL
G. GRAHAM, JR., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 80–2–02408–0, John N. Skimas, J., entered August 9, 1982. *Reversed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Reed, J.